IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AMBER SCHNEIDER, individually and on behalf of all other similarly-situated current citizens of Illinois and the United States,<br><br>Plaintiff,<br><br>v.<br><br>MOTT'S LLP,<br><br>Defendant. | Case No. 3:21-CV-1251-NJR |

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the joint Stipulation of Dismissal with Prejudice filed on December 6, 2023 (Doc. 47), Plaintiff Amber Schneider's claims against Defendant are **DISMISSED with prejudice** with each party to bear its own costs.

DATED:   December 7, 2023

MONICA A. STUMP,
Clerk of Court

By:  s/ *Deana Brinkley*
       Deputy Clerk

APPROVED:   *[signature: Nancy J. Rosenstengel]*

**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**